# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**AMENDED**

In re:    WILLIAM SHEDDRICK AUGSON                                                   Chapter 13
                                                                                      Case No.: 12-70927-FJS
          Debtor
          SSN:  XXX-XX-2542

## ORDER APPROVING CLAIMS

Upon the Motion to Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the Debtor and to the Debtor's attorney of record, and that the Debtor be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the Debtor of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of the entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other effected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402 Chesapeake, 23320, the attorney for the Debtor and the Debtor.

Dated:  Jul 22 2013                                   /s/ Frank J. Santoro
                                                                      Judge


                                                      7/24/2013
                                                      Entry of Judgement or Order


Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**AMENDED**

In re:    WILLIAM SHEDDRICK AUGSON                                   Chapter 13
                                                                      Case No.: 12-70927-FJS

Debtor
          SSN: XXX-XX-2542

## MOTION AND NOTICE TO ALLOW CLAIMS

This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) According to the records of Michael P. Cotter, Standing Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty-one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty-one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 3 | OCWEN LOAN SERVICING LLC<br>ATTN CASHERING DEPATMENT<br>PO BOX 24781<br>WEST PALM BEACH, FL 33416-4781 | May 18, 2012 | 2,112.79 | Pro Rata | 0.00<br>"No Interest" | Arrears MTG (No |
| 1 | BON SECOURS DEPAUL MEDICAL CENTER<br>C/O GREER P JACKSON JR<br>8550 MAYLAND DRIVE<br>RICHMOND, VA 23294-4704 | Mar 20, 2012 | 237.24 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 2 | PREMIER BANKCARD CHARTER<br>PO BOX 2208<br>VACAVILLE, CA 95696 | Apr 26, 2012 | 349.37 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | Hampton Roads Health System<br>DePaul Medical Center<br>P.O. Box 198392<br>Atlanta, GA 30384-8392 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | LOAN MAX<br>ANDERSON FINANCIAL<br>4700 E. VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH, VA 23462 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | SENTARA<br>PO BOX 2200<br>NORFOLK, VA 23501 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

12-70927-FJS                                                                                                  Page: 1

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| | SENTARA COLLECTIONS<br>535 INDEPENDENCE PKWY, #700<br>CHESAPEAKE, VA 23320 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| | SENTARA COLLECTIONS<br>PO BOX 2156<br>MORRISVILLE, NC 27560 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| | Sentara Leigh<br>P.O. Box 1875<br>Norfolk, VA 23501 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| | SENTARA COLLECTIONS<br>535 INDEPENDENCE PKWY, #700<br>CHESAPEAKE, VA 23320 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Total Claims Filed:  3

    WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Wednesday, June 26, 2013

                                                                           **/s/ Michael P. Cotter**
                                                                               Michael P. Cotter
                                                                   Chapter 13 Standing Trustee

12-70927-FJS